# SKINCARE BRAND ANNOUNCES BEAUTY WITHOUT SECRETS CAMPAIGN



NEWS PROVIDED BY
**Peach & Lily** →
Dec 13, 2022, 06:36 ET

*Peach & Lily launches multi platform campaign sharing skin stories from real people to inspire self-acceptance*

NEW YORK, Dec. 13, 2022 /PRNewswire/ -- Peach & Lily is thrilled to announce the launch of the Beauty Without Secrets multi platform brand campaign, featuring the real skin journeys of five unretouched, makeup-free members of the Peach & Lily community, alongside Alicia Yoon, Founder and CEO, Peach & Lily. The campaign will run from December 2022 through January 2023, online and across New York City subways, with the Hero Video asset launching across YouTube and Peachandlily.com today.

Continue Reading



Participants of the Peach and Lily Beauty Without Secrets campaign each read the skin story of another participant aloud, sharing each other's vulnerable experiences and underscoring the message that no one is alone in their skincare journey. Watch the full video at https://www.peachandlily.com/pages/beauty-without-secrets



Skincare brand, Peach & Lily, has launched multi platform brand campaign, featuring the real skin journeys of five unretouched, makeup-free members of the Peach & Lily community, alongside Alicia Yoon, Founder and CEO, Peach & Lily.

"The Beauty Without Secrets campaign was born out of a 3,000 person survey we conducted with the Peach & Lily community to learn more about their views on beauty and self-image," said Alicia Yoon.  "While we had a hunch that many of our consumers were struggling with

negative self-perception, we were stunned to learn that 86% of them experienced negative emotions about their skin, and 92% said they feel a greater sense of community when they know they're not alone in their struggle."

In addition to encouraging honesty in the beauty community, The Beauty Without Secrets Campaign spotlights the need for increased transparency in the beauty industry. Through bold innovation and rigorous testing, Peach & Lily combines effective actives with clean skin-nourishing ingredients to deliver meaningful results for all skin types. "Relentless honesty has been at the heart of Peach & Lily since its launch," said Yoon. "This is an exciting moment to celebrate the promise Peach & Lily has made since day one: clean, vegan, cruelty-free, gluten-free, and fragrance free—so consumers can use our products 100% worry free." Peach & Lily manufactures according to Good Manufacturing Practices, the most stringent standards for cosmetics. Retouched images are never used, active ingredients with percentages and pH levels are always disclosed, and real validated clinical results are always shared.

"I was so thrilled to partner with Peach & Lily on this exciting campaign," said Nick Crawford, one of five real Peach & Lily community members featured unretouched in the Beauty Without Secrets campaign. "Having struggled silently with acne for years, this message resonated deeply with me. Knowing that I'm not alone has given me hope and a sense of belonging."

The campaign comes to life through an immersive 360 branded experience anchored in a disruptive New York City subway installation that extends across digital channels and Peachandlily.com. The activations will include:

- Dynamic New York City subway takeover 12/1-1/31
- Multi platform digital campaign: CTV, Facebook, Instagram, TikTok, YouTube
- Beauty Without Secrets blog series featured on Peachandlily.com highlighting common skin struggles and real solutions, with an invitation for the Peach & Lily community to join the conversation with their own unique skin journeys
- TikTok Live Q&A with Alicia Yoon on 12/13
- Peach & Lily community campaign-spotting competition with a chance to win exclusive Beauty Without Secrets prizes and to be featured on Peach & Lily social channels

"The goal is to shift mindsets from self-doubt to self-acceptance," Yoon said. "I started Peach & Lily because of my own struggle with severe eczema. I know what it feels like not to love your skin, and the confidence that comes from knowing that you're not alone."

Peach & Lily believes that skincare is a personal, unique and often emotional journey and is committed to nurturing a community where all skin stories are embraced. One way the brand supports this mission is by providing a complimentary skincare consultation service with an in-house licensed esthetician for anyone who emails with a skincare question — they do not need to be a paying customer or an email subscriber. Peach & Lily exists to support people wherever they are on their skin journey.

**About Peach & Lily**

Transform your skin with Peach & Lily. Our formulas are 100% Worry Free: clean, effective, vegan and cruelty-free. As an esthetician-led brand, we leverage the latest in Korean Beauty innovations to deliver clinically-proven actives, spa-grade ingredients and natural extracts for visible results. Peach & Lily has been credited with introducing the Korean beauty movement to the western world. Peach & Lily is one of the fastest growing skincare brands at Ulta Beauty, rising to become a top 10 prestige skincare brand, and helping millions of people meet their healthy skin goals. Available on peachandlily.com, Ulta.com, Amazon, and in Ulta stores.

For more information about Peach & Lily, please visit [www.peachandlily.com](www.peachandlily.com).

MEDIA CONTACT:

Nia Crerar

Gear Communications

Cell: 513 476 5861

ncrerar@gearcommunications.com

SOURCE Peach & Lily