12/29/22, 12:15 PM                    Peach & Lily's First-Ever Brand Campaign Lets NYC Subway Riders In On People's Skin Secrets - Beauty Independent

Case 1:23-cv-00064-PAE   Document 1-3   Filed 01/04/23   Page 1 of 12

# Beauty Independent

Get Premium Access Now    Sign In

BRANDS RETAILERS INVESTORS TRENDS KNOWLEDGE AWARDS MENTORSHIP WEBINARS CAREERS 

Uplink




BRAND REPORT

# Peach & Lily's First-Ever Brand Campaign Lets NYC Subway Riders In On People's Skin Secrets

SHARE

  **RACHEL BROWN**
DECEMBER 13, 2022

In a spot for Peach & Lily's new advertising campaign called "Beauty without Secrets," Alicia Yoon, founder and CEO of the skincare brand, reads a letter from a fellow mother that confesses, "As happy as I was to become a mother, I felt disempowered when it came to my skin and body." Breaking down, Yoon responds, "I can totally relate."



JOIN PREMIUM TODAY FOR FULL ACCESS

**2**

Already a subscriber? Login here

ARTICLES REMAINING

12/29/22, 12:15 PM
Peach & Lily's First-Ever Brand Campaign Lets NYC Subway Riders In On People's Skin Secrets - Beauty Independent
Case 1:23-cv-00064-PAE Document 1-3 Filed 01/04/23 Page 2 of 12



Get Premium Access Now    Sign In

**BRANDS  RETAILERS  INVESTORS  TRENDS  KNOWLEDGE  AWARDS  MENTORSHIP  WEBINARS  CAREERS**  

Uplink

The campaign was motivated by a 3,000-person survey of members of Peach & Lily's community that found 80% have difficulties feeling beautiful, 86% contend with negative emotions about their skin, and 92% have a greater sense of community if they understand they're not alone in their struggles. Its ads aim to fortify Peach & Lily's community and raise its profile as a destination for skincare information and products that work for consumers with skin challenges previously disappointed by skincare.



Launched four years ago by founder and CEO Alicia Yoon, Peach & Lily is embarking on its first major brand campaign. For the campaign, which is called "Beauty without Secrets," the skincare brand cast "real people" to share their skincare struggles.

**JOIN PREMIUM TODAY FOR FULL ACCESS**

**2**
**ARTICLES REMAINING**

Already a subscriber? Login here

Case 1:23-cv-00064-PAE   Document 1-3   Filed 01/04/23   Page 3 of 12



Get Premium Access Now   Sign In

**BRANDS** **RETAILERS** **INVESTORS** **TRENDS** **KNOWLEDGE** **AWARDS** **MENTORSHIP** **WEBINARS** **CAREERS**

Uplink

aren't incompatible.

"Glass skin is not a superficial look or an unrealistic skin ideal. Glass skin is about achieving your unique, healthiest skin, skin that's so healthy that there's an accompanying luminosity, smoothness and clarity," she says. "I love glass skin because it's for everyone. You can have acne but still have hydrated skin that glows. I have eczema, but can still have my version of skin at its healthiest."

Peach & Lily is joining an increasing number of brands, most notably Dove with its "Campaign for Real Beauty" that dates back to 2004, opting for ads that shift away from aspirational, impeccable spokespeople to focus on fraught relationships with beauty, supposed flaws and true-to-life visuals. Yoon is all for the shift. She says, "Lets make the photos be as real as possible because it's about skin and being real with your skin."

Peach & Lily spent $300,000 on production of the "Beauty without Secrets" campaign and $750,000 on ad placements. Although there's a QR code on campaign imagery that directs people to the brand's site, it doesn't contain product details. Yoon says she doesn't consider "Beauty without Secrets" to be "a conversion-driving" campaign. Instead, four years following Peach & Lily's launch, it's intended to make a brand statement.

> "The minute you are sharing your struggles, you move from self-doubt to self-acceptance to empowerment."

JOIN PREMIUM TODAY FOR FULL ACCESS

2 ARTICLES REMAINING

Already a subscriber? Login here



Get Premium Access Now    Sign In

**BRANDS** **RETAILERS** **INVESTORS** **TRENDS** **KNOWLEDGE** AWARDS MENTORSHIP WEBINARS CAREERS

Uplink

Peach & Lily strives to develop products with active ingredients like vitamin C, niacinamide, alpha-hydroxy acids (AHAs) and beta hydroxy acids (AHAs) suitable for sensitive skin. It has 20 stockkeeping units priced from $28 to $59, including bestseller Glass Skin Refining Serum. A serum is sold every three minutes.

A faction of Peach & Lily's community was introduced to it as a K-Beauty e-commerce platform that started in 2012. It continues to carry about 15 brands outside its own. Another faction was introduced to it by its products and retail footprint. Peach & Lily is available on Amazon and across Ulta Beauty's stores. The brand states it's one of the fastest-growing brands at Ulta and ranks in the top 10 prestige skincare brands at the retailer.

In February 2020, Sandbridge Capital, backer of Madison Reed, U Beauty and Ilia, invested in Peach & Lily. At the time, the brand projected it would reach $100 million in sales within a few years. It divulged its sales had at least doubled yearly, and more than 65% of its revenues were from repeat purchasers. Peach Slices, an offshoot of Peach & Lily sold at Ulta, Walmart, Amazon and CVS, is poised to generate $50 million in 2022 retail sales, according to industry sources cited by publication Women's Wear Daily.

In tandem with stoking conversations about and community around skin issues, the "Beauty without Secrets" campaign draws attention to Peach & Lily's commitment to transparency with the objective of helping consumers to make educated skincare purchases and pushing for heightened transparency broadly in the beauty industry. The brand's manufacturing processes adhere to good manufacturing practice (GMP) standards, and it discloses pH levels, active ingredient concentrations and the results of clinical studies.

**2**
ARTICLES REMAINING

✕

JOIN PREMIUM TODAY FOR FULL ACCESS

Already a subscriber? Login here

12/29/22, 12:15 PM
Case 1:23-cv-00064-PAE   Document 1-3   Filed 01/04/23   Page 5 of 12
Peach & Lily's First-Ever Brand Campaign Lets NYC Subway Riders In On People's Skin Secrets - Beauty Independent



Get Premium Access Now    Sign In

**BRANDS** **RETAILERS** **INVESTORS** **TRENDS** **KNOWLEDGE** **AWARDS** **MENTORSHIP** **WEBINARS** **CAREERS**  

Uplink



Peach & Lily has 20 stockkeeping units priced from $28 to $59, including bestseller Glass Skin Refining Serum. A serum is sold every three minutes.

To stoke excitement about the campaign, Peach & Lily is running a social media competition encouraging people to post when they see the ads. The brand will dole out prizes such as a chance to be on its social media channels to winners of the competition. On Wednesday, Yoon will answer questions in a TikTok Live Q&A session exploring her skin journey.

"Sometimes I feel like founders are expected to have it all together, like we don't have our own struggles," says Yoon. "I wanted to lead with openness."

The "Beauty without Secrets" campaign is designed to have an impact well after its ads are

JOIN PREMIUM TODAY FOR FULL ACCESS

2 ARTICLES REMAINING

Already a subscriber? Login here

✕

12/29/22, 12:15 PM
Peach & Lily's First-ever Brand Campaign Lets NYC Subway Riders In On People's Skin Secrets - Beauty Independent

Case 1:23-cv-00064-PAE   Document 1-3   Filed 01/04/23   Page 6 of 12



Get Premium Access Now    Sign In

BRANDS RETAILERS INVESTORS TRENDS KNOWLEDGE AWARDS MENTORSHIP WEBINARS CAREERS

Uplink

ALSO ON BEAUTY INDEPENDENT

| Ulta Beauty's Resilience, Sephora's Haus Labs … | Meet The Skincare Entrepreneur And … | Makeup Trends That Will Reign In 2023—And … | And Shu… |
|---|---|---|---|
| 7 months ago • 1 comment | 5 months ago • 1 comment | 7 days ago • 1 comment | 23 d… |
| Ulta Beauty registered a record first quarter. In a period characterized by a … | At Female Founder World, Jasmine Garnsworthy produces podcasts, … | Makeup brand founders, executives and experts predict skincare-infused … | Citi… scal… envi… |

**0 Comments**                                                     ● **Login** ▼

G     Start the discussion…

LOG IN WITH            OR SIGN UP WITH DISQUS 

                       Name

Share                                        Best    Newest    Oldest

Be the first to comment.

✕

**JOIN PREMIUM TODAY FOR FULL ACCESS**

Already a subscriber? Login here

**2**

**ARTICLES REMAINING**

12/29/22, 12:15 PM  Peach & Lily's First-ever Brand Campaign Lets NYC Subway Riders In On People's Skin Secrets - Beauty Independent

Case 1:23-cv-00064-PAE Document 1-3 Filed 01/04/23 Page 7 of 12



Get Premium Access Now    Sign In

BRANDS RETAILERS INVESTORS TRENDS KNOWLEDGE AWARDS MENTORSHIP WEBINARS CAREERS

Uplink

**PREMIUM CONTENT** 

TRENDS

# 23 Bold Indie Beauty Predictions For 2023

BENEATH THE SURFACE

# Digital Beauty Consultation Startups Take Professional Product Guidance Beyond Spas, Salons And Stores

BENEATH THE SURFACE

# The Uneven Evolution Of Beauty Accelerator Programs

JOIN PREMIUM TODAY FOR FULL ACCESS

Already a subscriber? Login here


ARTICLES REMAINING

12/29/22, 12:15 PM      Peach & Lily's First-ever Brand Campaign Lets NYC Subway Riders In On People's Skin Secrets - Beauty Independent

Case 1:23-cv-00064-PAE   Document 1-3   Filed 01/04/23   Page 8 of 12



Get Premium Access Now    Sign In

BRANDS  RETAILERS  INVESTORS  TRENDS  KNOWLEDGE  AWARDS  MENTORSHIP  WEBINARS  CAREERS

Uplink

# A Dozen Sexual Wellness And Intimate Care Product Launches To Keep You Soothed, Sweet And Satisfied

VIEW MORE

RELATED ARTICLES



✕

**JOIN PREMIUM TODAY FOR FULL ACCESS**

2
ARTICLES REMAINING

Already a subscriber? Login here

12/29/22, 12:15 PM  Peach & Lily's First-Ever Brand Campaign Lets NYC Subway Riders In On People's Skin Secrets - Beauty Independent

Case 1:23-cv-00064-PAE Document 1-3 Filed 01/04/23 Page 9 of 12



Get Premium Access Now   Sign In

**BRANDS** **RETAILERS** **INVESTORS** **TRENDS** **KNOWLEDGE** **AWARDS** **MENTORSHIP** **WEBINARS** **CAREERS**

Uplink



**BRAND REPORT**

Ex-Casper Influencer Marketing Head Launches Face Mask Brand Kindia To Encourage People To Drop...

**JOIN PREMIUM TODAY FOR FULL ACCESS**

**2**

Already a subscriber? Login here

**ARTICLES REMAINING**

Beauty Independent

Get Premium Access Now    Sign In

**BRANDS RETAILERS INVESTORS TRENDS KNOWLEDGE AWARDS MENTORSHIP WEBINARS CAREERS** 

Uplink



**BRAND REPORT**

Andrea Polk Went From Losing Her Job To Placing Her Brand Solo Noir At Walmart And More Retailers

JOIN PREMIUM TODAY FOR FULL ACCESS

**2**

Already a subscriber? Login here

ARTICLES REMAINING

✕

12/29/22, 12:15 PM  Peach & Lily's First-Ever Brand Campaign Lets NYC Subway Riders In On People's Skin Secrets | Beauty Independent

Case 1:23-cv-00064-PAE Document 1-3 Filed 01/04/23 Page 11 of 12

# BeautyIndependent

Get Premium Access Now    Sign In

**BRANDS** **RETAILERS** **INVESTORS** **TRENDS** **KNOWLEDGE** **AWARDS** **MENTORSHIP** **WEBINARS** **CAREERS** 

Uplink



**SPONSORED CONTENT**

Ingredient Distributor Univar Solutions Steps Into The Metaverse

Subscribe to our e-blast today to stay up to date with everything indie.

ENTER YOUR EMAIL

✕

JOIN PREMIUM TODAY FOR FULL ACCESS

**2**

Already a subscriber? Login here

ARTICLES REMAINING

12/29/22, 12:15 PM
Peach & Lily's First-Ever Brand Campaign Gets NYC Subway Riders in on People's Skin Secrets | Beauty Independent
Case 1:23-cv-00064-PAE Document 1-3 Filed 01/04/23 Page 12 of 12



Get Premium Access Now    Sign In

BRANDS RETAILERS INVESTORS TRENDS KNOWLEDGE AWARDS MENTORSHIP WEBINARS CAREERS

Uplink

✕

JOIN PREMIUM TODAY FOR FULL ACCESS

2 ARTICLES REMAINING

Already a subscriber? Login here