AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| OY-L Skin Care, LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:23-cv-00064-PAE |
| Peach and Lily, Inc. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

OY-L Skin Care, LLC.

Date: 01/26/2023

S/Joseph J. Beglane
*Attorney's signature*

Joseph J. Beglane (Bar ID: 5589734)
*Printed name and bar number*

Dinsmore & Shohl LLP
255 E. Fifth Street
Suite 1900
Cincinnati, OH 45202
*Address*

joseph.beglane@dinsmore.com
*E-mail address*

(513) 977-8388
*Telephone number*

(513) 977-8141
*FAX number*