

mwe.com

Monica Asher
Attorney at Law
masher@mwe.com
+1 212 547 5706

February 27, 2023

BY ECF

Judge Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *OY-L Skin Care, LLC v. Peach and Lily, Inc.*, Case No. 1:23-cv-00064-PAE

Dear Judge Engelmayer:

We are counsel to Peach and Lily, Inc. ("Defendant"). We write to request an extension of Defendant's time in which to respond to the Complaint.

The Complaint was filed on January 4, 2023. (D.E. 1.) Defendant's response to the Complaint is currently due on March 1, 2023. Defendant seeks a 30-day extension of this deadline to April 3, 2023 so that the parties can continue to try to settle this matter. This is Defendant's second request for an extension. Plaintiff OY-L Skin Care, LLC consents to the extension.

Respectfully Submitted,

*/s/ Monica S. Asher*

Monica S. Asher

Granted.
SO ORDERED.

*Paul A. Engelmayer*
_____
PAUL A. ENGELMAYER
United States District Judge
February 27, 2023

cc: All Counsel of Record (by ECF)

**McDermott Will & Emery**

One Vanderbilt Avenue   New York NY 10017-3852   Tel +1 212 547 5400   Fax +1 212 547 5444

*US practice conducted through McDermott Will & Emery LLP.*