# Exhibit 1



# Frequently Asked Questions

- Afterpay – What is this and how does it work?

- What is your list of blacklisted ingredients?

  Beauty Without Secrets is our pledge to never use any toxic or synthetic chemicals in our products.

  OY-L products do not contain phthalates, parabens, DEA/TEA/MEA (hormone-disrupting chemicals), color pigments, formaldehyde, preservatives, isopropyl alcohol, mineral oil, PEGs, propylene glycols, sodium lauryl sulfate, triclosan, talc, or petroleum.

- How do you choose your ingredients?

- Are your products vegan?

- Are your products cruelty-free?

- Can I send my bottles and jars back for refills?

  Yes, please! OY-L believes in our brand and is committed to our promise of beauty without secrets. Whenever possible we use sustainable packaging options. All of our glass containers are ready to recycle after use if you cannot find another use for them. Here's how to send your empties back for refills:

  1. Mail your bottles and jars back to OY-L/ Orange Rose Apothecary, Attn: Refills, 51 S. Main St. Hudson, Ohio 44236
  2. Email the tracking number (or photo of receipt) to info@oy-l.com with the subject line "RECYCLING."
  3. Receive a unique, one time 20% off coupon code that will be sent to your email.

- What is the shelf life of your products?

- I have oily skin. Why should I add more oil to it?

- Oil Cleansing…what is it?

- When will my order ship?
- When will my order arrive?
- My Body Butter/Face Cream melted! What do I do?
- How are shipping costs calculated?
- What is your return policy?

### Purchase A Gift Card

Give the gift of Beauty Without Secrets to yourself or a friend.

PURCHASE NOW

### Get In Touch

51 S. Main Street
Hudson, OH 44236

Tel (216) 410-5485

For Retailer Questions, Media, or Product Info:

info@oy-l.com

### Shipping

We dislike charging shipping costs as much as you dislike paying them. We are a boutique maker and our products vary in weight. Separating shipping costs helps us keep our prices friendly.

### Returns

If you are dissatisfied with our product please email us at info@oy-l.com.
Your well-being and happiness is our priority and we intend to make you a client for life!

OY-L | Beauty Without Secrets.                              OY-L™ 2016-20[...] ed.

Privacy & Cookies Policy