# Exhibit 2

Introducing Afterpay **Shop Now, Pay in 4 Installments**

My account   Order tracking   Search…   

**OY-L**

SHOP ONLINE   QUIZ   BLOG   ABOUT   MY ACCOUNT   WISHLIST   $0.00

## We take a stand for women's skin.

"Before my daughter became ill I spent hundreds of thousands of dollars on skin care products and had never once looked at the label."

– Andrea Pierce-Naymon, Founder OY-L Skincare



### PUTTING AN END TO BEAUTY SECRETS

I grew up like the rest of the women of my generation. As a teenager I found skin care and cosmetics within my price range at the drug store and as I matured and my income rose, I aspired to department store brands and then luxury lines. I treasured these brands and I trusted them.

As my daughter became a teenager herself, I saw no problem with her following my example. When she began experiencing unexplained weakness, pain and discomfort, I became consumed with researching everything that went into her body. I quickly found out that much of what she (and all of us) used every day was toxic. I became determined to find a natural solution for her, for me and for every mother and daughter who would listen.

I left the fashion, style and retail world to create OY-L an all natural skin care line on a mission to provide beauty without secrets.

 

## SUSTAINABILITY STATEMENT.

OY-L believes in our brand and is committed to our promise "beauty without secrets." Whenever possible we use sustainable packaging options. All of our glass containers are ready to recycle after use if you cannot find another use for them.

## DONATE.

OY-L donates 15% of sales of bath salts and body scrub to Dysautonomia International, a non-profit organization dedicated to finding a cure for

 

dysautonomia, the category in which Postural Orthostatic Tachycardic Syndrome (POTS) falls. Pierce-Naymon's daughter is afflicted with POTS.

## ZERO ANIMAL TESTING.

We test EVERY product on family, friends and employees. Never on animals.

## OY-L ORIGINAL BEAUTY WITHOUT SECRETS FORMULATIONS.

No Phthalates, No Parabens, No DEA/TEA/MEA

No Color Pigments, No Formaldehyde

No Preservatives, No Isopropyl Alcohol

No Mineral Oil, No PEGs

No Propylene Glycols, No Sodium Lauryl Sulfate, No Triclosan, No Talc

No Petrolatum



Learn more about OY-L ingredients



### Save 15%

Sign up today to save 15% and start receiving our newsletter with special promotions!

[First Name]  [Email]  **SIGN ME UP**

## OY-L on Instagram

#BEAUTYWITHOUTSECRETS

    

Follow on Instagram

### Purchase A Gift Card

Give the gift of Beauty Without Secrets to yourself or a friend.

### Get In Touch

51 S. Main Street
Hudson, OH 44236

### Shipping

We dislike charging shipping costs as much as you dislike paying them. We are a...

### Returns

If you are dissatisfied with our product please email us at info@oy-l.com

of a friend.

PURCHASE NOW

Tel:(210) 410-7465

For Retailer Questions, Media, or Product Info:

info@oy-l.com

...boutique maker and our products vary in weight. Separating shipping costs helps us keep our prices friendly.

Your well-being and happiness is our priority and we intend to make you a client for life!



OY-L | Beauty Without Secrets.

OY-L™ 2016-20[..] [..]ed.

Privacy & Cookies Policy