# Exhibit 3

GFP Awarded Best Breakthrough Technology by BeautyMatter. Read More Here.

 **Login** 

# Meet OY-L: Clean, All-Natural Skincare With a Mission

There is a lot of secrecy surrounding what ingredients are in your skincare products. OY-L's mission is to provide clean beauty without secrets.

There are some life-changing realizations in life. One of them is discovering the power — both good and bad — of ingredients in your favorite beauty products. While some skincare ingredients do wonders for the skin, others can wreak havoc throughout your whole body.

Many of us have a tale similar to Andrea Pierce-Naymon's, the founder of **Good Face Index** brand OY-L. It usually starts with a health-related concern that leads us down a rabbit hole of research. Once you start looking into cosmetic ingredient safety and toxicity, it is unlikely that you will ever look back.

In this exclusive interview, we sat down with Andrea Pierce-Naymon, the founder of OY-L, to get the inside scoop on why clean ingredients and transparency are a must in skincare products.

### What is the inspiration behind OY-L?

The Good Face Project uses cookies to ensure we are giving you the best experience on our site. Learn more          Accept

That is when I first started taking ingredients lists seriously. I read the label of every product she was putting in and on her body. My findings were horrifying.

I felt inspired to research more natural products. OY-L was born from that research and the discovery of some ingredients that were not being used in other products.

## Our Favorites from OY-L



OY-L

Cleansing Powder

Check Price

→

**Why do ingredients matter to OY-L?**

Our trademarked tagline is "Beauty Without Secrets." We want people to know exactly what is in our products and that our products are clean. This means keeping no secrets about the ingredients we use.

**Why does clean beauty matter to OY-L?**

To us, clean beauty means using plant-based ingredients that have been used for thousands of

The Good Face Project uses cookies to ensure we are giving you the best experience on our site. Learn more

Manuka Honey is my favorite ingredient because it has so many benefits related to skin health and overall wellness.

We use a 20+ UMF (Unique Manuka Factor). The higher the factor, the more it can kill pathogens and antibiotic-resistant bacteria. It is known to decrease skin inflammation, act as a humectant, balance skin's pH levels, and slough away dead cells. It's great for use on acne-prone skin for these reasons.

We feature this ingredient in our Face Wash, Exfoliating Manuka Mask, and Manuka Honey Lip Balm.

**What is the most common question people ask about OY-L products and what is the response?**

"How do you use clean beauty products, such as an oil-based cleanser?" First, I tell them that clean beauty products are different from products that are in the drug store or department store. They do not contain harsh chemicals.

Oil-based cleansing, for example, is very different from a foaming cleanser that contains stripping sulfates. Many people think there should be foam in a cleanser and you don't need foam to wash your face. I explain to customers why oil cleansing is better for your face even if you have oily skin.

Then I tell them about the benefits of Manuka Honey which many people have not heard of. This is a teaching moment that I love to explain.

**Do you have a clean beauty tip we can start to put into practice today?**

Vitamin C in skincare is very important but Vitamin C is not very stable in a liquid solution. I formulated our Cleansing Powder with ascorbic acid in powdered form. So once you add water to it, it is stable for about twenty minutes after it is exposed to light and water. I use the Cleansing Powder in the morning as a quick wash while I brush my teeth. I rinse and feel brighter right away.

**What else would you like people to know about OY-L products?**

The Good Face Project uses cookies to ensure we are giving you the best experience on our site. Learn more



*Andrea Pierce-Naymon, Founder OY-L Skincare*

OY-L donates fifteen percent of salt product sales to Dysautonomia International. My daughter was finally diagnosed with POTS (postural orthostatic tachycardia syndrome). This is a chronic illness that affects the autonomic system in our bodies. When she stands up the blood does not get to her heart and brain fast enough and she will faint or have a seizure. She needs to have an excess of salt in her body to boost her blood volume. She has learned to take care of herself and graduated from college with magna cum laude. Her POTS is triggered by a virus and why COVID-19 is an extra risk to her. Dysautonomia International is trying to find a cure for this illness that affects so many.

### Where can people find your products?

OY-L products are currently available at **www.oy-l.com**, **saks.com**, and some boutiques around the country.

### Loved this post? Spread the facts here.

   

The Good Face Project uses cookies to ensure we are giving you the best experience on our site. **Learn more**



| Meet Suntegrity: Clean Sunscreen and Skincare Brand | 7 TikTok Makeup Hacks That Actually Work and 5 to Avoid | Ingredient Spotlight: Marula Oil 101 | 14 Skincare Tips for Fall, According to Dermatologists |

**More From the Blog** →

### The Good Face Project

About    FAQs    Blog    Press Inquiries

### Good Face App

Learn More



### Retailers

API Solutions

### Brands

Good Face Index Membership

Innovation Platform    Brand Login

### Blog

### Connect & Get the Latest!

| Email | Subscribe |

Why join our list?

   

The Good Face Project uses cookies to ensure we are giving you the best experience on our site. **Learn more**

Guide to Cleansing and Exfoliating | The Ultimate Men's Skincare Routine | Peptides in Skincare

Privacy Policy    Terms & Conditions

The Good Face Project, Inc 2021.  Design by Condensed



The Good Face Project uses cookies to ensure we are giving you the best experience on our site. **Learn more**