# Exhibit 5

Free Shipping  Carbon Neutral





○ ○ ○ ○ ○ ○ ○

D          POO                                                                                              Get 15% Off

Case 1:23-cv-00064-PAE   Document 15-5   Filed 03/30/23   Page 3 of 8

284 ML / 9.6 FL OZ

Sulfate-Free. Color-Safe. Suitable For All Hair Types.

$22.95

★★★★★ (152)

Size: 1-Pack



Save 22%

○  ONE TIME PURCHASE: $22.95 USD

○  SUBSCRIBE & SAVE: $18.36 USD ⓘ

| QTY 1 | ADD TO BAG |

 Bundle our Daily Shampoo with our Daily Conditioner for a complete hair wash routine while unlocking great savings.

ADD TO BAG ~ $45.90 $35.95

Introducing the world's first and only 100% from plants shampoo that harnesses the power of bio-surfactants to clean your hair. Plant-derived extracts round out this innovative sulfate-free formula for a gentle cleanser that preserves the good stuff, like naturally occurring beneficial oils, and banish daily impurities and build-up. The result? Youthful resilience and lasting luminosity after every wash.

Detox Your Routine™

## BEAUTY WITHOUT SECRETS

*Product Ingredients*

| SCIENTIFIC NAME | PLANT SOURCE |
| --- | --- |
| Aloe Barbadensis Leaf Juice | Aloe Vera |
| Cocamidopropyl Hydroxysultaine | Coconut |
| Sodium Methyl 2-Sulfolaurate | Coconut |
| Disodium 2-Sulfolaurate | Coconut |
| Sodium Lauroyl Methyl Isethionate | Coconut + Palm |
| Glycolipids | Corn |
| Caprylhydroxamic Acid | Coconut |
| Glyceryl Caprylate | Coconut + Palm |
| Starch Hydroxypropyl Trimonium Chloride | Potato |
| Glycerin | Palm |
| 100% From Plants Fragrance | Blend of Essential Oils |
| Melaleuca Alternifolia Leaf Oil | Tea Tree Leaf |
| Acetic Acid (Apple Cider Vinegar) | Apple |

*Fragrance Ingredients*

| SCIENTIFIC NAME | PLANT SOURCE |
|---|---|
| Ambrettolide Natural | Sugarcane |
| Natural Triethyl Citrate | Sugarcane |
| Bergamot Oil BF | Bergamot Fruit |
| Cedarwood Virginia | Atlas Cedar Bark |
| Copaiba Oil | Copaifera Reticulata Resin |
| Geranium Oil Egyptian | Pelargonium Odoratissimum |
| Natural Vanillin | Vanilla Bean |
| Orange Oil | Orange Peel |
| Patchouli Oil | Patchouli Plant |
| Ylang Ylang III | Cananga Tree |

*Packaging Ingredients*

| PACKAGING | SOURCED MATERIAL |
|---|---|
| Bottle | BPA Free 100% HDPE Recycled Plastic Resin |
| Lid | Polypropylene |
| Label | 100% HDPE |
| Shipper | 100% Recycled Cardboard |
| Printing Ink | Vegetable Derived Non-Toxic Ink |



# INGREENDIENTS
# VS.
# THE MARKET

|  | INGREENDIENTS | OTHER "GREEN" BRANDS |
|---|---|---|
| 100% From Plants | ✓ | ✗ |
| No Sulfates and No Betaines | ✓ | ✗ |
| No Silicones | ✓ | ? |
| No Synthetic or Artificial Fragrances | ✓ | ✗ |
| Certified Biodegradable | ✓ | ✗ |
| 100% Recycled Plastic Bottles | ✓ | ? |

|  | INGREENDIENTS | OTHER "GREEN" BRANDS |
|---|---|---|
| Carbon Neutral | ✓ | ? |

## WE BAN OVER 1400 INGREDIENTS

By using plant-based formulas only, we ban the following ingredients.

| | |
|---|---|
| Sodium Benzoate | Di-Iso-Decyl phthalate (DiDP) |
| Potassium Sorbate | 1,2-Hexanediol |
| Propylene Glycol | Aminomethyl propanol |
| Amodimethicone | Butoxyethanol |
| Silica Silylate | Butylparaben |
| Hydroxyethyl Urea | C11-15 Pareth 12 |

**LEARN MORE**

## PROTECT WHAT'S PRECIOUS™

It starts with an all-encompassing definition of natural that protects the health
of all bodies, human and planetary.



### RESPONSIBLE FORMULAS

Our formulas are 100% plant-based, certified biodegradable, and certified reef-safe once they go down the drain.



### RESPONSIBLE PACKAGING

Our bottles are made from 100% recycled food-grade plastic, and our bottles, lids and pumps are fully recyclable.



### CARBON NEUTRAL

We offset out carbon footprint by purchasing carbon offsets and donating a portion of every bottle sold to the WILD foundation.

**LEARN ABOUT OUR PROMISES**

## SHOP BUNDLES





**HAIR CARE BUNDLE**
★★★★½ (343)
**$35.95** $45.90

**TOTAL BODY CARE BUNDLE**
★★★★★ (1)
**$49.95** $65.85

ADD TO CART

ADD TO CART

4.8 ★★★★★ from 152 reviews

| Reviews (152) | Write Review | Filter / Sort by ▼ |

**Mahala**                                                                                              11/19/2022
⬇ From Amazon    ✓ Verified Purchase
★★★★★

I was absolutely fed up with all the gunk and unnaturalness in all the mainstream shampoo brands, I kept having to switch brands because it was as if my hair got used to the shampoo formula and then the shampoo would stop working as well to keep my hair clean. I set out to find the simplest possible ... show more

**Rhiannon R.**                                                                                         06/21/2022

From Amazon   Verified Purchase

★★★★★

This shampoo works great!I use this once a week as the first step in my double hair cleanse. I have to use half the amount of my second shampoo for my second cleanse.This stuff smells fantastic. Very light citrus with a hint of herbal. Also lathers really well upon first applying, which surprised me … show more

Rachel                                                                                                                           09/11/2019

★★★★★

I have been a professional hairstylist working in a salon for over 10 years and this has quickly become my favorite shampoo and conditioner to use not only behind the chair but at home on myself! The Ingreendients shampoo is great on every hair type(trust me I have all hair types come through the sa … show more

Reviewer                                                                                                                        01/15/2023
From Amazon   Verified Purchase

★★★★★

I'm almost 80 so have tried dozens of shampoos in my lifetime and this is the best shampoo ever.  It's so gentle yet cleanses well and it's light naturally scent it perfect.  I love that it's all plant based so it's good for me and for the environment. Will buy again and recommend to family and frie … show more

Sush                                                                                                                             01/14/2020

★★★★★

The one thing that I was drawn about with Ingreendients was it's amazing scent. It reminded me of the days when I applied natural oils to help it grow and gain volume. Ever since i've been using the product, i've been getting a lot of compliments on the shine and fullness to my hair. Prior to using, … show more

Ranaesday                                                                                                                        11/23/2020
From Amazon   Verified Purchase

★★★★★

I absolutely LOVE this shampoo. I started buying it after bleaching my hair and dying it a semi-permanent purple color during the pandemic. I tried many natural and gentle shampoos to see which one worked best in terms of lather, scent, cleanliness, and not removing too much color. Out of all of the … show more

Tiffany N.                                                                                                                       09/03/2022
From Amazon   Verified Purchase

★★★★★

Absolutely love Ingreendients! My girlfriend and I were using general brands like Pantene and Garnier for basically our entire lives before we decided to actually start being a little more conscious about what we were washing our hairs with. We've been using Ingreendients for about 5 months now cons … show more

KReed                                                                                                                            08/01/2020
From Amazon   Verified Purchase

★★★★★

Unlike some of the other reviewers my hair is thick and on the dry side. It has made my hair shiny and soft and not as bulky. A small face with big hair is hard to manage. I love this shampoo and have already ordered more. It is so hard to find hair products without harmful synthetic ingredients tha … show more

Addy                                                                                                                             09/03/2020

★★★★★

This shampoo and conditioner is an excellent duo for anybody with flaky, itchy, or dry scalp. Seborrheic Dermatitis has made my scalp and hair a mess for the longest time, and finding a natural remedy that actually works has been a quest. After the first couple of uses the flakes and debris on my he ... show more

**Mariana** — 09/01/2020
 From Amazon    Verified Purchase
★★★★★

My hair is very long and thin, and it is usually difficult for me to find a natural product that does not leave it super dry and opaque. The InGreendients shampoo gently cleanses and moisturizes the hair, and has a very refreshing and pleasant scent. Definitely buying a second bottle soon.

‹  **1**  2  3  …  16  ›



HELP
ACCOUNT
FAQ
CONTACT US

CONNECT
CAREERS
WHOLESALE
PRESS

INFO
TERMS OF USE
PRIVACY POLICY
ACCESSIBILITY

COMMUNITY
INSTAGRAM
FACEBOOK

*Sign up for our newsletter*

Enter your email

 2023 INGREENDIENTS INC.
ALL RIGHTS RESERVED