# Exhibit 6



HOME   SHOP ⌄   OUR STORY   JOURNAL

# ABOUT US



## Our Founder

Founder and CEO, Faith Nixon, is an undergraduate student pursuing a degree in International Studies with minors in Middle Eastern Studies and Foreign Services. At Harvard University's Secondary School Program, Faith discovered her passion for people and culture. She loved learning how a civilization's past continues to have lasting effects on contemporary society. Even though learning to be globally aware, debate pressing issues and how to positively impact other nations in the future is difficult, she remains fully engaged in a subject that makes her truly happy.

Faith has discovered many passions in life including a passion of reversing the adverse effects of discrimination in individuals of marginalized backgrounds. Therefore, BLK MKT Brand was created with one simple goal in mind: To create a sustainable and inclusive brand that not only represents marginalized individuals but is good for the consumer's entire person and our planet.

## Our Story

BLK MKT Brand is a sustainable and inclusive brand that represents marginalized individuals. The beauty industry is crowded, with large companies monopolizing the

marketplace. The top seven global companies own 182 beauty and personal care brands. However, many of these brands do not promote an inclusive message for individuals with marginalized individuals. The BLK MKT Brand's solution to the lack of representation within the beauty industry is a line of solid fragrances that cater to the needs of the individual.

As a Black woman in American, I am no stranger to discrimination or being excluded. And sadly, lack of representation is present in every aspect of life. For years, Black women have been integral demographic to the beauty and personal care marketplace, yet they have been ignored by beauty brands. And though African Americans spend upwards of $1.2 trillion each year, over the past two decades the ad industry has minimized the presence of black women. Instead opting to shift toward a business model of merchandising and marketing to larger and whiter audiences. Only willing to present Black women that the industry finds highly marketable because of their accommodation to political appeal to the broadest possible audience.

Sadly, the demographic shift of the marketing audience within the U.S. has far outpaced the demographic shift of the industry. Diversity and representation are severely lacking within in the beauty industry! And though founder Faith Nixon may not identify with all of the customers of BLK MKT Brand, she does understand the need to see positive images of yourself represented in the brands you consume.

BLK MKT Brand's founder, Faith Nixon, was inspired to create the inclusive line of fragrances after hearing the stories of her peers and reflecting on her own experiences regarding bias in the beauty industry. Her personal discouraging moment was the repeated occurrence of makeup brands of not carrying foundation shades for her darker complexion. However, for her friend Victor, it was their experience of not being able to purchase any affordable fragrance that aligned with their values and gender non-binary lifestyle.

It is interesting to think that something as simple as brand excluding your identity can have such a negative impact on an individual's self-esteem. Faith along with her peers shared the common experience of being excluded from something so essential to their personal care, yet the beauty industry continues to not consider their identities as consumers.





## Our Ethos

BLK MKT Brand is inspired by individuals with marginalized identities and their power to heal and love themselves. BLK MKT Brand's products are designed to restore, repair, and reverse the toxic effects of systemic discrimination.

BLK MKT Brand's handcrafted fragrance balms are made with all-natural products from local artisans and are designed with the underrepresented individual in mind. BLK MKT Brand has created the first line of gender-neutral fragrance balms. Rather than organizing its products by gender, BLK MKT Brand opts to organize our fragrances by scent profiles.

Inclusion –
BLK MKT Brand believes in our business model and is committed to our promise "of inclusive beauty without secrets."

Sustainability –
BLK MKT Brand is committed to use sustainable packaging options, whenever available. All of our glass containers are ready to recycle after use if you cannot find another use for them.





### Inclusive

All of our fragrances are designed to be gender-neutral to encourage people to stay true to their unique selves.



### Natural

Our products are created using all-natural ingredients sourced from local artisans.



### Ethical

Not only are our products are created using all- natural ingredients, but all of our packaging is recyclable.



Back to Shop

FOLLOW US OUT THERE

NEWSLETTER

Email address

SUBMIT

FAQ   Contact Us   Returns & Shipping   Search

BLK MKT Brand ™

Join the Text Club

https://blkmktbrand.com/pages/our-story-and-founder            3/17/2023 9:15:44 PM